| PROB 22<br>(Rev. 12/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:14CR00295-6 CEJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:16-CR-00034-RSL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Eastern District of Missouri | DIVISION<br>Eastern Division<br>St. Louis, MO |
|---|---|---|
| Jordan Johnson<br><br>Acme, Washington | NAME OF SENTENCING JUDGE<br>The Honorable Carol E. Jackson<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE:<br>Probation | FROM<br>June 15, 2015 | TO<br>June 14, 2018 |

| OFFENSE |
|---|
| Conspiracy to Commit Money Laundering |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_December 23, 2015_
Date

_/s/ Carol E. Jackson_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Feb. 17, 2016_
Effective Date

_/s/ Robert S. Lasnik_
United States District Judge